U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN - 1 2020

TONY R. MOORE, CLERK
BY: _____
DEPUTY

United States District Court
Western District of Louisiana
Lake Charles Division

Neil T. Havlik #24985009        )    Docket No: 19-cv-1018
                                )    Judge: James D. Cain Jr.
Versus                          )
United States of America        )    Magistrate Judge: Kay

Motion To Correct And Amend Order To Submit Documents (Doc.7)

Comes Now, Plaintiff, Neil Havlik, pro-se, with his Motion to Correct Order for To issue Summons forms. The Order (Doc.7) states each named defendant, namely Warden Myers, Mrs. Howard, Machella Chang, Dr. Alexander, Dr. Griffin, Nurse Thomas, These are correct, however, Mr. La Deux is incorrect and should be changed to read "Unit mgr., McCollough" and John Doe 1, should read "case mgr., Mrs. Harrington" and John Doe 2 should read "Counselor Mrs. Smith".
Oakdale Health Services is not a person and should read "FNP Nurse Mrs. Laws", instead.
Richard Griffin, out of respect should read "Dr. Richard Griffin M.D."

Plaintiff, Havlik, respectfully requests this Court to make the above corrections and Amend the Order to Issue Summons forms (Doc.7), to reflect the above stated corrections and Amend the List of defendents to state these corrections.

                            Respectfully Submitted
Date: June 1, 2020      By: [signature]
                            Neil Havlik #24985009
                            FCI-1 Oakdale
                            P.O. Box 5000
                            Oakdale, LA. 71463